UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

New Hampshire Ball Bearings, Inc.

   v.                             Civil No. 08-cv-468-PB

Richard O. Collings


**O R D E R**

The preliminary injunction hearing is rescheduled for Wednesday, March 18, 2009, at 1:30 p.m. EDT. The hearing is an <u>evidentiary</u> hearing. Parties may proceed by proffer only if both sides agree. The rules of evidence apply. No appearances by telephone will be permitted. If Mr. Collings or any witness desires to appear by video-conferencing, arrangements must be made by him or by the party who seeks to have a witness appear by video-conference.

      **SO ORDERED.**

                                /s/ James R. Muirhead
                                James R. Muirhead
                                United States Magistrate Judge

Date: March 10, 2009

cc:   Sally A. O'Brien, Esq.
      Lisa Snow Wade, Esq.
      Richard O. Collings, *pro se*